FILED
05/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Jamie Laughlin

Jullie Stout

v.

(Full name of defendant(s))

Shanta ebony Sharae Henderson

Case Number:

__2:23-cv-00218-JPH-MJD__

(to be supplied by clerk of court)

A. **PARTIES**

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __811 W. 50 North. Rockville Indiana 47872__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Shanta ebony Sharee Henderson__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)
and (if a person) resides at __811 W. 50 North Rockville Indiana 47872__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Indiana department of corrections. (Armark)__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On January 4th of 2023 I left the Indiana department of corrections to go to court. In St. Joseph County. Two weeks prior to me leaving the Indiana department of corrections in Rockville Indiana, I ordered a meal called Fresh Favorites in the amount of $30.00. Fresh Favorites is a meal that the prison allows prisoners to order every other monday and you get to attend your meal the following week. Due to me leaving out for

Court I was not able to Recieve the $30.00 order that I paid for. I came back to Rockville Correctional facility on march 9th of 2023. I had NO acknowledgement that I was leaving the facility for court until I was told by an officer to pack up my belonging a day before I had to leave for court on January 4th of 2023. When I came back to the facility In march I was concerned about my $30.00 meal that I didnt get to Recieve and was told by officers and Sgt's that their was NO refunds for any reasons at all. So I Reached out to the lady IN charge of Armark which is Jamie Laughlin and she told me the same thing. Which I dont think is fair because I had NO acknowledgment that I was leaving for court and the facility knew I was

having took focus before I did so I could have at least got warned or Ms. Laughlin should have took it in consideration and gave me a replacement meal. I've took the proper procedures to ask her about my funds and she still doesn't want to compromise which is unfair to me and with me being housed at Rockville with a 16½ year sentence it has caused me emotional distress. If I would have known I was leaving I wouldn't have never ordered fresh favorites in the first place knowing it is non refundable. I feel like this is unfair, unjust and that I was embezzled out of my money. I am currently on medication dealing with depression and this has just added to my stress.

/s/ Gentry 3S
Anderson

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $30,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like a $30,000 settlement for the emotional distress caused and the embeciement. I want court cost and fees paid by the defendants and I want the No refund policy change when it is out of a defendants control that they couldnt recieve fresh favorites.