UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHONTA EBONY SHAREE HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00218-JPH-MJD ) |
| JAMIE LAUGHLIN, JULIE STOUT, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**.

The Court now enters **FINAL JUDGMENT**.

Date: 1/22/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

SHONTA EBONY SHAREE HENDERSON
237042
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872